

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00451-CV

| | | |
|---|---|---|
| JERALD MILLER, Appellant | § | On Appeal from the 153rd District Court |
| v. | § | of Tarrant County (153-361706-25) |
| | § | October 23, 2025 |
| TARRANT COUNTY SHERIFF'S DEPARTMENT, TARRANT COUNTY, TARRANT COUNTY DISTRICT ATTORNEY, CITY OF FORT WORTH, CITY OF FORT WORTH DEPARTMENT OF ANIMAL CONTROL, CITY OF FORT WORTH CODE COMPLIANCE, CITY OF FORT WORTH POLICE DEPARTMENT, VICTORIA MARTINEZ A/K/A ALISA MARTINEZ, AND AMBERNESS HERNANDEZ, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker